UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

OSCAR GUILLEN, )
)
        Petitioner, )
)
v. )    No. 2:05-cv-248-RLY-WGH
)
CRAIG HANKS, Superintendent, )
)
        Respondent. )

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.    The petitioner's renewed motion for judgment on the pleadings filed on January 18, 2006, is **denied.** The reason for this ruling is that the pleadings do not show that the petitioner is entitled to the relief he seeks. The portion of that same motion in which the petitioner seeks clarification is **granted** to the extent that (a) the clerk shall send the petitioner a copy of the docket sheet, and (b) the petitioner may proceed as directed in paragraph 2 of this Entry.

2.    The petitioner's motion for enlargement of time and reconsideration of production of evidence filed on January 18, 2006, is **granted** to the extent that the petitioner shall have **through February 1, 2006,** which to **supplement** his petition for a writ of habeas corpus as directed in the Entry issued on January 5, 2006, and is in all other respects **denied.** The courts directs and expects the petitioner to present a clear and straightforward statement regarding the challenge which is presented in this action. The further expansion of the record at this point is not warranted in order to facilitate this effort. To assist the petitioner in this effort, he is **reminded** of the sole task which lies before him at this point: Is he challenging his 2004 conviction for Battery insofar as that conviction is enhanced by the previously imposed 1995 conviction for operating a vehicle while intoxicated, or is he challenging solely the 1995 conviction for operating a vehicle while intoxicated? The parties are **notified** that if the petitioner fails to proceed as directed, and within the time directed, he may be sanctioned and the action may be subject to dismissal without further notice to the parties.

    **IT IS SO ORDERED.**

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 01/24/2006

Copies to:

Oscar Guillen, Sr.
DOC #950987
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111

Andrew Kobe
Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770